1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| Northwest Administrators, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>R J MILES, INC., a California Corporation.,<br><br>Defendant. | Case No. 2:14-MC-00059-TLN-AC<br><br>**ORDER REQUIRING EXAMINATION OF JUDGMENT DEBTOR R J MILES, INC.**<br><br>Date:      January 28, 2015<br>Time:     10:00 a.m.<br>Location: United States District Court<br>              501 I Street<br>              Courtroom 26, 8th Fl.<br>              Sacramento, CA  95814<br>Judge:    Allison Claire |
|---|---|

   Plaintiffs and Judgment Creditors NORTHWEST ADMIINISTRATORS, INC. (collectively, "Judgment Creditors"), having moved the Court for an Order requiring Defendant and Judgment Debtor R J MILES, INC. to appear and testify at a Judgment Debtor Examination, and the Court being sufficiently advised,

   It is ORDERED that Defendant and Judgment Debtor R J MILES, INC. appear on January 28, 2015, at the United States District Court, Eastern District of California, 501 I Street, Courtroom 26, 8th Floor, Sacramento, CA  95814 to answer questions concerning Defendant's real and personal property.

DATED: December 15, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1 **NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE TIME AND**
2 **PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND**
3 **PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN**
4 **ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES**
5 **INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.**